# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2970

_____

United States of America,                      *
                                               *
                 Appellee,                     *
                                               *    Appeal from the United States
         v.                                    *    District Court for the
                                               *    Western District of Arkansas.
Scott Brocail,                                 *
                                               *    [UNPUBLISHED]
                 Appellant.                    *

_____

Submitted:  January 15, 2010
    Filed:  January 25, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

In this appeal following revocation of his supervised release, Scott Brocail challenges the district court's[1] revocation sentence, arguing that it is unreasonable and does not reflect proper consideration of the sentencing factors listed in 18 U.S.C. § 3553(a). Upon careful review, we conclude that the revocation sentence is not unreasonable. See United States v. Tyson, 413 F.3d 824, 825 (per curiam) (standard of review). The sentence is within the statutory limits of 18 U.S.C. § 3583(e) and the range recommended by the Sentencing Guidelines, see United States v. Perkins, 526

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

F.3d 1107, 1110 (revocation sentence within Guidelines range is accorded presumption of substantive reasonableness on appeal), and the record reflects that the district court considered and applied appropriate section 3553(a) factors, see id. (district court need not make specific findings on § 3553(a) factors).

Accordingly, we affirm, and we grant counsel leave to withdraw.

_____